IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KEITH GRUBBS,, | * |
| Plaintiff, | * |
| v. | Case No.  5:23-cv-00244-TES |
| | * |
| WILLIAM J. COCHRAN, and COCHRAN COACHWORKS, INC.,, | * |
| Defendants. | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated June 10, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 11th day of June, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk